FILE COPY

No. 07-15-00005-CV

| | | |
|---|---|---|
| John Curtis Sharp<br>   Appellant | § | From the County Court at Law No. 1<br>   of Ellis County |
| | § | |
| v. | | January 15, 2015 |
| | § | |
| Karen Bieler<br>   Appellee | § | Opinion by Justice Pirtle |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated January 15, 2015, it is ordered, adjudged and decreed that this appeal is dismissed.

It is further ordered that all costs be assessed against the party incurring them.

It is further ordered, adjudged and decreed that inasmuch as the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is further ordered that this decision be certified below for observance.

o O o